UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| REBECCA G. HENNESSEY and ) <br> MICHAEL HENNESSEY ) <br> AS PARENTS AND NEXT FRIENDS ) <br> OF B.H., A MINOR, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ILONA BERENICE STAPLES, ) <br> ) <br> Defendant. | Docket no. 1:11-cv-157-NT |

**ORDER ON MOTION FOR APPROVAL OF MINOR SETTLEMENT**

Upon Motion of Plaintiffs Rebecca and Michael Hennessey, Individually and as Parents and Next Friends of B.H., a minor, pursuant to Local Rule 41.2 and 14 M.R.S.A. § 1605, the claim of B.H. against Ilona Berenice Staples for injuries sustained on or about December 7, 2007 on Route 9 in T22 MD, Maine is hereby approved as set forth herein.  The Court has reviewed the motion of the Hennesseys and finds that the settlement is "fair, reasonable, and in the best interests of the minor" provided that the settlement proceeds are preserved for the use of B.H. upon his majority.  *See Holbrook v. Andersen Corp.*, 756 F. Supp. 34, 38 (D. Me. 1991).

The Court HEREBY ORDERS that the proceeds of the settlement of B.H. be paid out as follows:  A total settlement in the amount of $10,000, to be delivered to Rebecca and Michael Hennessey for deposit in an interest-bearing account at a federally-insured banking institution for the benefit of B.H.  A copy of this Order

shall be provided by Rebecca and Michael Hennessey or their attorney to the bank at which the settlement proceeds are deposited.

It is FURTHER ORDERED that Michael and Rebecca Hennessey or their attorney shall file a sworn affidavit not later than thirty days after entry of this Order verifying that the settlement funds for their son's benefit have been deposited into a certificate of deposit or other interest bearing account at a federally insured financial institution, and that they have provided a copy of this Order to that financial institution. No withdrawal shall be made from this account until B.H. reaches the age of eighteen (18) years old, except as approved by this Court.

This Order has the effect of a final judgment in favor of Michael and Rebecca Hennessey and B.H. against Ilona Berenice Staples.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 22nd day of December, 2011.